| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **Nasco Petroleum LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3773903** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**9 MacArthur Place; #1901**<br>**Santa Ana, CA 92707**<br>Number, Street, City, State & ZIP Code<br><br>**Orange**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1325 South Broadway; Los Angeles, CA 90015**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor    **Nasco Petroleum LLC**
    Name                                   Case number (*if known*)

---

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| District | **Santa Ana, California** | When | **5/07/10** | Case number | **8:10-bk-16124-TA** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Nasco Petroleum LLC** | Relationship | **Owned by Demar Energy LLC** |
|---|---|---|---|
| District | **Central District of California** | When | Case number, if known |

---

| Debtor | **Nasco Petroleum LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

■ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?  __Producing Oil and Gas wells__

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other  __It needs to be properly managed__

**Where is the property?**   __1325 South Broadway__
__APN: 5133-001-009__
__Los Angeles, CA, 90015-0000__

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.  Insurance agency  __Pending - Seller has Insurance__

Contact name  _____

Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Nasco Petroleum LLC**
　　　　Name

Case number (*if known*)

---

|　| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2018**
　　　　　　　MM / DD / YYYY

**X** **/s/ Marshal Diamond or Derek LaMarque**　　　　　　**Marshal Diamond or Derek LaMarque**
Signature of authorized representative of debtor　　　　　　Printed name

Title    **Managing Members**

**18. Signature of attorney**

**X** **/s/ Kent Salveson**　　　　　　　　　　　Date **August 16, 2018**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Kent Salveson 101311**
Printed name

**Kent Salveson**
Firm name

**2549 East Bluff Drive; B-459**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone    **949-291-7393**　　　Email address    **Kent1199@Gmail.com**

**101311 CA**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    **Nasco Petroleum LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 16, 2018**    X **/s/ Marshal Diamond or Derek LaMarque**
                                              Signature of individual signing on behalf of debtor

                                         **Marshal Diamond or Derek LaMarque**
                                         Printed name

                                         **Managing Members**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Nasco Petroleum LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A & E Welding Inc<br>3013 South Thomas Street<br>Visalia, CA 93292 | | | | | | $7,247.00 |
| Accelerated Speical Services<br>19464 Creek Road<br>Bakersfield, CA 93314 | | | | | | $32,946.25 |
| Baker Hughes<br>5421 Argosy Ave.<br>Huntington Beach, CA 92649 | | | | | | $29,554.95 |
| Black GoldPump and Supply<br>2459 Lewis Avenue<br>Signal Hill, CA 90755 | | | | | | $14,999.08 |
| California Dept. of Conservation<br>801 K Street<br>MS 24-01<br>Division Oil and Gas<br>Sacramento, CA 92814 | | | | | | $10,160.35 |
| Cameron West Coast Inc<br>11210 Equity Drive<br>Houston, TX 77041 | | | | | | $41,220.25 |
| City of LA DOT<br>19136 Jacob Ave<br>Artesia, CA 90701 | | | | | | $14,807.55 |
| Fjords Processing Inc<br>7909 Parkwood Circle Drive<br>Houston, TX 77036 | | | | | | $10,700.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Nasco Petroleum LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GE Oil and Gas 4424 West Sam Houston PKWY North Houston, TX 77041** | | | | | | $19,053.20 |
| **LA County Tax Collector 225 North Hill; Suite 1 Los Angeles, CA 90012** | | | | | | $213,259.50 |
| **LA DWP 111 North Hope Street Insolvency Dept Los Angeles, CA 90012** | | | | | | $190,799.14 |
| **MI Swaco 5950 North Course Drive Houston, TX 77072** | | | | | | $27,329.26 |
| **Multi-Chem Group 114 US - 84 Fairfield, TX 75840** | | | | | | $61,964.12 |
| **Quality Refrigeration Co 1570 North Wishon Fresno, CA 93728** | | | | | | $72,679.84 |
| **Ruth Cam 2030 East Fourth Street; Suite 218A Santa Ana, CA 92705** | | **Legal Services** | | | | $15,000.00 |
| **Square Millner, Peterson, Miranda 11111 Santa Monica Blvd;  #800 Los Angeles, CA 90025** | | | | | | $8,856.23 |
| **Summit ESP 835 West 41st Street South Tulsa, OK 74107** | | | | | | $29,488.53 |
| **Terra Chem 26868 Henry Road Fellows, CA 93224** | | | | | | $18,126.67 |
| **Udi Gilboa / DTLA TD Energy llc 251 Little Falls Drive Wilmington, DE 19808** | | **Loan to purchase oil and gas well** | | | | $1,800,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **Nasco Petroleum LLC**                                           Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Well Analysis Corp 5500 Woodmere Drive Bakersfield, CA 93313** | | | | | | $10,654.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    **Nasco Petroleum LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Derek LaMarque**<br>**9 MacArthur Place**<br>**Suite 1901**<br>**Santa Ana, CA 92707** | **LLC Membership - 50%** | | **Managing Member** |
| **Marshall Diamond**<br>**9 MacArthur Place**<br>**Suite 1901**<br>**Santa Ana, CA 92707** | **LLC Membership - 50%** | | **Managing Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Members** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 16, 2018**

Signature **/s/ Marshal Diamond or Derek LaMarque**

**Marshal Diamond or Derek LaMarque**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Demar Energy LLC is the owner of Nasco Petrolem LLC which has filed a separate bankruptcy**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **August 16, 2018**

_/s/ Marshal Diamond or Derek LaMarque_
**Marshal Diamond or Derek LaMarque**
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name        **Nasco Petroleum LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..............................................................    $    **3,037,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $    **570,000.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $    **3,607,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **40,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    **2,692,882.98**

4.   Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b                                                                            $    **2,732,882.98**

**Fill in this information to identify the case:**

Debtor name     **Nasco Petroleum LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.  **Other cash equivalents** *(Identify all)*
       **Debtors, Demar Energy and Nasco Petroleum, have accounts receivable which have
       been taken by Debtor's lender, DTLA TD Energy LLC.    Debtor is unable to access**
4.1.   **funds until the filing of this bankruptcy.**                                                          $350,000.00

5.  **Total of Part 1.**                                                                                       $350,000.00
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment
       **Purchase and Sale Agreement by and between Nasco Petroleum LLC and Demar**
8.1.   **Energy LLC**                                                                                          $100,000.00

9.  **Total of Part 2.**                                                                                       $100,000.00
    Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nasco Petroleum LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td>Part 3:</td><td colspan="2"><b>Accounts receivable</b></td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

- ■ No.  Go to Part 4.
- ☐ Yes Fill in the information below.

---

<table>
<tr><td>Part 4:</td><td colspan="2"><b>Investments</b></td></tr>
</table>

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

---

<table>
<tr><td>Part 5:</td><td colspan="2"><b>Inventory, excluding agriculture assets</b></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

---

<table>
<tr><td>Part 6:</td><td colspan="2"><b>Farming and fishing-related assets (other than titled motor vehicles and land)</b></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

---

<table>
<tr><td>Part 7:</td><td colspan="2"><b>Office furniture, fixtures, and equipment; and collectibles</b></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office furniture, tools and equipment | **$0.00** | | **$20,000.00** |

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$20,000.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Nasco Petroleum LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Oil drilling equipment, opereating wells, and equipment to process hydrocarbons** | $0.00 | | $100,000.00 |

| **51.** | **Total of Part 8.** | | |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | $100,000.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Nasco Petroleum LLC**                                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **1325 South Broadway,  Los Angeles, CA  .  ( APN 5113-001-009). Property consist of 3 operating oil and gas wells and 3 non-operating oil and gas wells.  Property is partially a fee interest and partially a leasehold interest. Debtor is also entitled to income from the sale of oil and gas.** | Owner - Fee Title and Holder of Oil rights and Leases | $3,037,000.00 | Cost Basis | $3,037,000.00 |

56. **Total of Part 9.**                                                              | $3,037,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Nasco Petroleum LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $350,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $100,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $3,037,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $570,000.00 | + 91b. $3,037,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,607,000.00 |

**Fill in this information to identify the case:**

Debtor name     **Nasco Petroleum LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Los Angeles County Assessor**<br>Creditor's Name<br><br>**500 West Temple Street Room 225 Insolvency Division Los Angeles, CA 90012**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2/20/2018**<br>**Last 4 digits of account number**<br>**1009**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**1325 South Broadway, Los Angeles, CA . ( APN 5113-001-009). Property consist of 3 operating oil and gas wells and 3 non-operating oil and gas wells. Property is partially a fee interest and partially a leasehold interest. Debtor is al**<br><br>**Describe the lien**<br>**property taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,000.00 | $3,037,000.00 |

**3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $40,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: **Nasco Petroleum LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

2.1 — Priority creditor's name and mailing address
**California Franchise Tax Board
Bankruptcy Division
PO Box 2952
Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**No taxes owed at this time - listed for notice
purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.2 — Priority creditor's name and mailing address
**Internal Revenue Service
Insolvency Resolution Center
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**No tax known to be due**

Basis for the claim:
**No Tax Due - Listed for notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Nasco Petroleum LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,247.00**

**A & E Welding Inc**
**3013 South Thomas Street**
**Visalia, CA 93292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2017**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,187.46**

**A & G Compressor Parts Inc.**
**13671 Bora Drive**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,946.25**

**Accelerated Speical Services**
**19464 Creek Road**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,826.64**

**Aguilar Testing Service**
**2525 Cerritos Ave.**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$231.22**

**Ameripride Services Inc**
**10801 Wayzata Boulevard**
**Hopkins, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,554.95**

**Baker Hughes**
**5421 Argosy Ave.**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,648.79**

**Bakersfield Pipe and Supply Inc**
**3301 Zachary Ave.**
**Shafter, CA 93263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nasco Petroleum LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,999.08 |
| --- | --- | --- | --- |

**Black GoldPump and Supply**
**2459 Lewis Avenue**
**Signal Hill, CA 90755**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,160.35 |
| --- | --- | --- | --- |

**California Dept. of Conservation**
**801 K Street**
**MS 24-01**
**Division Oil and Gas**
**Sacramento, CA 92814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,220.25 |
| --- | --- | --- | --- |

**Cameron West Coast Inc**
**11210 Equity Drive**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,807.55 |
| --- | --- | --- | --- |

**City of LA DOT**
**19136 Jacob Ave**
**Artesia, CA 90701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $539.01 |
| --- | --- | --- | --- |

**Delta Green Products**
**13714 Alma Ave.**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,700.00 |
| --- | --- | --- | --- |

**Fjords Processing Inc**
**7909 Parkwood Circle Drive**
**Houston, TX 77036**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,053.20 |
| --- | --- | --- | --- |

**GE Oil and Gas**
**4424 West Sam Houston PKWY North**
**Houston, TX 77041**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Nasco Petroleum LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $728.05 |
|---|---|---|---|
| | **Howard Supply Comapny** | ☐ Contingent | |
| | **5546 Milton ST STE 800** | ☐ Unliquidated | |
| | **Dallas, TX 75206** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,910.00 |
|---|---|---|---|
| | **Intrument Service Inc** | ☐ Contingent | |
| | **9 MacArthur Blvd ;  #1901** | ☐ Unliquidated | |
| | **Santa Ana, CA 92707** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,712.50 |
|---|---|---|---|
| | **John Guzman Crane Services** | ☐ Contingent | |
| | **2463 Gundry Ave.** | ☐ Unliquidated | |
| | **Signal Hill, CA 90755** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | **John M Phillips** | ☐ Contingent | |
| | **2755 Dawson Ave** | ☐ Unliquidated | |
| | **Long Beach, CA 90806** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $213,259.50 |
|---|---|---|---|
| | **LA County Tax Collector** | ☐ Contingent | |
| | **225 North Hill; Suite 1** | ☐ Unliquidated | |
| | **Los Angeles, CA 90012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,799.14 |
|---|---|---|---|
| | **LA DWP** | ☐ Contingent | |
| | **111 North Hope Street** | ☐ Unliquidated | |
| | **Insolvency Dept** | ☐ Disputed | |
| | **Los Angeles, CA 90012** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.68 |
|---|---|---|---|
| | **LA DWP - Water** | ☐ Contingent | |
| | **111 North Hope Street** | ☐ Unliquidated | |
| | **Insolvency Dept.** | ☐ Disputed | |
| | **Los Angeles, CA 90012** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,329.26** |
|---|---|---|---|
| | **MI Swaco** | ☐ Contingent | |
| | **5950 North Course Drive** | ☐ Unliquidated | |
| | **Houston, TX 77072** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,778.70** |
|---|---|---|---|
| | **Mr. T Transport** | ☐ Contingent | |
| | **15535 Garfield Ave** | ☐ Unliquidated | |
| | **Paramount, CA 90723** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,964.12** |
|---|---|---|---|
| | **Multi-Chem Group** | ☐ Contingent | |
| | **114 US - 84** | ☐ Unliquidated | |
| | **Fairfield, TX 75840** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$216.72** |
|---|---|---|---|
| | **NASA** | ☐ Contingent | |
| | **1100 South Maple Ave** | ☐ Unliquidated | |
| | **Montebello, CA 90640** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,157.17** |
|---|---|---|---|
| | **NASC** | ☐ Contingent | |
| | **19000 Portola Drive STE 102** | ☐ Unliquidated | |
| | **Salinas, CA 93908** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,382.82** |
|---|---|---|---|
| | **Ocean Blue Environmental Services** | ☐ Contingent | |
| | **925 West Esther Street** | ☐ Unliquidated | |
| | **Long Beach, CA 90813** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,125.00** |
|---|---|---|---|
| | **Orchard Exploration and Production** | ☐ Contingent | |
| | **3585 Maple Street STE 284** | ☐ Unliquidated | |
| | **Ventura, CA 93003-9145** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$544.00**

**PFT Alexander**
**3250 East Grant Street**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,679.84**

**Quality Refrigeration Co**
**1570 North Wishon**
**Fresno, CA 93728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Ruth Cam**
**2030 East Fourth Street; Suite 218A**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,900.73**

**SC Fuels**
**13922 Newport Ave**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,697.43**

**So Cal Gas - Meter fee**
**738 South Harbor Blvd**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,856.23**

**Square Millner, Peterson, Miranda**
**11111 Santa Monica Blvd;  #800**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$595.00**

**Strata Analysis Group**
**3302 Industry Drive**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,488.53**

**Summit ESP**
**835 West 41st Street South**
**Tulsa, OK 74107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,918.21**

**Taurus Engineering**
**1335 West Cowles Street**
**Long Beach, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,126.67**

**Terra Chem**
**26868 Henry Road**
**Fellows, CA 93224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800,000.00**

**Udi Gilboa / DTLA TD Energy llc**
**251 Little Falls Drive**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/20/2018
Last 4 digits of account number _

Basis for the claim: _
**Loan to purchase oil and gas well**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,556.94**

**Weatherford US**
**3435 Landco Drive**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,654.00**

**Well Analysis Corp**
**5500 Woodmere Drive**
**Bakersfield, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,377.99**

**Western States Oilfield Products**
**11818 Western Ave.**
**Stanton, CA 90680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Nasco Petroleum LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,692,882.98 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,692,882.98 |

---

**Fill in this information to identify the case:**

Debtor name     **Nasco Petroleum LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **DTLA TD Energy LLC never received its contingent assignment of rights because contigencies beyond the control of Demar never came into existence.  The terms of the assignment agreement clearly state that no assignment shall occur until "Seller consents to assignment."  The seller never consented and  for that reason all property rights are held by Demar.  The Demar - DTLA TD Energy LLC assignment never came into existence. In addition DTLA TD Energy LLC failed to perform it's assigned contingent obligations under the assignment and for this second reason the assignment was not completed and is executory.  It failed to pay the remainder of purchase price owed to seller.  DTLA TD Energy is an unsecured creditor** |
| State the term remaining | |
| List the contract number of any government contract    _____ | **DTLA TD Energy  LLC 251 Little Falls Drive Wilmington, DE** |

---

Debtor 1    **Nasco Petroleum LLC**                                                    Case number (*if known*) _____
　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.2.　State what the contract or lease is for and the nature of the debtor's interest

**DTLA TD Eenergy never received its conditional assignment of rights because contigencies beyond the control of Demar never came into existence.  The terms of the assignment agreement clearly state that no assignment shall occur until "Seller consents to assignment."  The seller never consented and  for that reason all property rights are held by Demar.    In addition DTLA TD Energy failed to perform it's assigned contingent obligations under the assignment and for this second reason the assignment was not completed.**

State the term remaining

List the contract number of any government contract _____

**TopNotch DTLA GP llc**
**251 Little Falls Drive**
**Wilmington, DE**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor 1    **Nasco Petroleum LLC**
    First Name          Middle Name         Last Name                Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **DTLA TD Energy LLC never received its contingent assignment of rights because contigencies beyond the control of Demar never came into existence.  The terms of the assignment agreement clearly state that no assignment shall occur until "Seller" consents to assignment, the seller never consented  and for that reason all property rights are held by Demar.   The Demar - DTLA TD Energy assignment never came into existence.  In addition DTLA TD Energy failed to perform it's assigned contingent obligations under the assignment and for this second reason the assignment was not completed.** | |
|---|---|---|---|
| | State the term remaining | **none** | |
| | List the contract number of any government contract | | **TopNotch DTLA US LLC 251 Little Falls Drive Wilmihgton, DE** |

**Fill in this information to identify the case:**

Debtor name   **Nasco Petroleum LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Nasco Petroleum LLC** | **9 MacArthur Place; #1901 Santa Ana, CA 92707** | **A & G Compressor Parts Inc.** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.2 | **Nasco Petroleum LLC** | **9 MacArthur Place; #1901 Santa Ana, CA 92707 this is a Co-Debtor of Demar** | **Accelerated Speical Services** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.3 | **Nasco Petroleum LLC** | **9 MacArthur Place; #1901 Santa Ana, CA 92707** | **Aguilar Testing Service** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.4 | **Nasco Petroleum LLC** | **9 MacArthur Place; #1901 Santa Ana, CA 92707** | **Baker Hughes** | ☐ D _____ <br> ■ E/F __3.6__ <br> ☐ G _____ |
| 2.5 | **Nasco Petroleum LLC** | **9 MacArthur Place; #1901 Santa Ana, CA 92707** | **Ameripride Services Inc** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | Bakersfield Pipe and Supply Inc | ☐ D _____ ■ E/F __**3.7**__ ☐ G _____ |
| 2.7 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | Black GoldPump and Supply | ☐ D _____ ■ E/F __**3.8**__ ☐ G _____ |
| 2.8 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | Cameron West Coast Inc | ☐ D _____ ■ E/F __**3.10**__ ☐ G _____ |
| 2.9 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | City of LA DOT | ☐ D _____ ■ E/F __**3.11**__ ☐ G _____ |
| 2.10 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | Delta Green Products | ☐ D _____ ■ E/F __**3.12**__ ☐ G _____ |
| 2.11 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | California Dept. of Conservation | ☐ D _____ ■ E/F __**3.9**__ ☐ G _____ |
| 2.12 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | Fjords Processing Inc | ☐ D _____ ■ E/F __**3.13**__ ☐ G _____ |
| 2.13 | Nasco Petroleum LLC | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | GE Oil and Gas | ☐ D _____ ■ E/F __**3.14**__ ☐ G _____ |

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Howard Supply Comapny** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.15 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Intrument Service Inc** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.16 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **John Guzman Crane Services** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.17 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **John M Phillips** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.18 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **LA County Tax Collector** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.19 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **LA DWP** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.20 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **LA DWP - Water** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |
| 2.21 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **MI Swaco** | ☐ D _____ ■ E/F __3.22__ ☐ G _____ |

| Debtor | **Nasco Petroleum LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Mr. T Transport** | ☐ D ____ ■ E/F __3.23__ ☐ G ____ |
| 2.23 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Multi-Chem Group** | ☐ D ____ ■ E/F __3.24__ ☐ G ____ |
| 2.24 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **NASA** | ☐ D ____ ■ E/F __3.25__ ☐ G ____ |
| 2.25 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **NASC** | ☐ D ____ ■ E/F __3.26__ ☐ G ____ |
| 2.26 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Ocean Blue Environmental Services** | ☐ D ____ ■ E/F __3.27__ ☐ G ____ |
| 2.27 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Orchard Exploration and Production** | ☐ D ____ ■ E/F __3.28__ ☐ G ____ |
| 2.28 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **PFT Alexander** | ☐ D ____ ■ E/F __3.29__ ☐ G ____ |
| 2.29 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Quality Refrigeration Co** | ☐ D ____ ■ E/F __3.30__ ☐ G ____ |

Debtor  **Nasco Petroleum LLC**                                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.30  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **SC Fuels**
- ☐ D _____
- ■ E/F __3.32__
- ☐ G _____

2.31  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **So Cal Gas - Meter fee**
- ☐ D _____
- ■ E/F __3.33__
- ☐ G _____

2.32  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Square Millner, Peterson, Miranda**
- ☐ D _____
- ■ E/F __3.34__
- ☐ G _____

2.33  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Strata Analysis Group**
- ☐ D _____
- ■ E/F __3.35__
- ☐ G _____

2.34  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Summit ESP**
- ☐ D _____
- ■ E/F __3.36__
- ☐ G _____

2.35  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Taurus Engineering**
- ☐ D _____
- ■ E/F __3.37__
- ☐ G _____

2.36  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Terra Chem**
- ☐ D _____
- ■ E/F __3.38__
- ☐ G _____

2.37  **Nasco Petroleum LLC**    9 MacArthur Place; #1901 Santa Ana, CA 92707    **Weatherford US**
- ☐ D _____
- ■ E/F __3.40__
- ☐ G _____

---

| Debtor | **Nasco Petroleum LLC** | Case number *(if known)* | |
|---|---|---|---|

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Well Analysis Corp** | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.39 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **Western States Oilfield Products** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.40 | **Nasco Petroleum LLC** | 9 MacArthur Place; #1901 Santa Ana, CA 92707 | **A & E Welding Inc** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Nasco Petroleum LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,000,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Nasco Petroleum LLC**                                    Case number *(if known)*

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **DTLA TD Energy  LLC 251 Little Falls Drive Wilmington, DE** | **within 90 days** | **$350,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Udi Gilboa, Amit Yonay, Ronen Twito have taken money paid to Nasco by opening a fake Nasco account and then having payment made illegally to DTLA TD Energy account.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Amit Yonay 1768 Mesa Ridge Ave Thousand Oaks, CA 91362** | **Creditor has embezzled income and bank accounts belonging to Debtor totalling more than $350,000.** Last 4 digits of account number: _____ | **During the last 90 days** | **$350,000.00** |

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | Nasco Petroleum LLC | Case number *(if known)* | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| DTLA TD Energy  LLC<br>251 Little Falls Drive<br>Wilmington, DE | Demar entered into an agreement with Nasco, etal, to buy the oil well.   Demar then sought a financial partner, DTLA Energy LLC.  The intent was to assign the Demar purchase agreement to DTLA but no assignment was made.  Demar still owns 100% of Nasco.  This has been included for the purpose of explaining a part of the case. | $0.00 |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor    **Nasco Petroleum LLC**                                                    Case number *(if known)*

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

Debtor    **Nasco Petroleum LLC**                                        Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **US Bank** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | **$350,000.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor    **Nasco Petroleum LLC**                                    Case number *(if known)* _____

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **No enforcement action is currently pending; however this is an oil and gas well and it must be properly managed. At this point, there is no responsible manager operating the oil well. Marshall Diamond is the only qualified manager to avoid environmental damage.** | | | ☐ Pending ☐ On appeal ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Nasco Petroleum LLC 9 MacArthur Place;  #1901 Santa Ana, CA 92707** | **Nasco is a licensed and bonded company that is supposed to be the manager of the oil field operation.  Nasco is owned 100% by Demar.  Marshal Diamond, the only experienced petroleum engineer working on the project has been locked out of the oil well by a lender, DTLA TD Energy LLC. The lender has no interest in Demar or in Nasco yet it has seized control of Nasco.  The managers of Nasco, even though locked out of Nasco, have had to intervene to prevent environmental damage at the site.** | **EIN:** **From-To** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Debtor    **Nasco Petroleum LLC**                                                   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Heidi Moak** <br> **25431 Cabot Road** <br> **Laguna Hills, CA 92653** | **bookkeeper for more than 10 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Heidi Moak** <br> **25431 Cabot Road Suite 107** <br> **Laguna Hills, CA 92653** | **more than 10 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Heidi Moak** <br> **25431 Cabot Road;  Suite 107** <br> **Laguna Hills, CA 92653** | **Amit Yonay; Udi Gilboa; and Ronen Twito, all non-equity lenders have threatened Heidi Moak with termination for disclosing any information to the owners of Nasco.  Heidi Moak has reportedly been forced to sign an unlawful non-disclosure agreement regarding all activities of Nasco.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marshal Diamond** | **9 MacArthur Place; 1091 Santa Ana, CA 92707** | **Managing Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derek LaMarque** | **9 MacArthur Place;  Suite 1901 Santa Ana, CA 92707** | **Managing Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   __Nasco Petroleum LLC_____   Case number _(if known)_ _____

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|----------------------------------------------------|
| **Amit Yonay** | **251 Little Falls Drive Wilmington, DE 91362** | **The only partners of Demar Energy and Nasco Petroleum are Marshal Diamond and Derek LaMarque. Amit Yonay, Udi Gilboa, Ronen Twito are not owners of Nasco or Demar yet as lender they have seized control of assets of Demar and Nasco through a self-styled self-help scheme. The have embezzled funds that belong to Nasco and Demar preventing the proper management of the oil well.** | **wihtin 120 days** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|----------------------------------------------------|
| **Udi Gilboa** | **251 Little Falls Drive Wilmington, DE 19808** | **In order to evade Isreali tax authorities, Gilboa has formed several LLC's to hold title to U.S. assets. One asset is the Nasco-Demar oil well. Gilboa intended to invest and ended up loaning $1.8 million to Demar and Nasco because it could not fund the remainder of the cost. To recoup his funds he has unlawfully asserted that he owns Nasco. Amit Yonay, Udi Gilboa and Ronen Twito have embezzled $350,000 of Nasco funds.** | **last 120 days** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|--------------------------------------|----------------------------------------------------|
| **Ronen Twito** | **251 Little Falls Drive Wilmington, DE 19808** | **Ronen Twito is a partner of Gilboa and Yonay. See other stmts** | **120 days** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

Debtor    **Nasco Petroleum LLC**                                      Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 16, 2018**

**/s/ Marshal Diamond or Derek LaMarque**                    **Marshal Diamond or Derek LaMarque**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Members**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   __Nasco Petroleum LLC__                                          Case No. _____

                                                    Debtor(s)        Chapter   __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................      $ _____ **0.00**

    Prior to the filing of this statement I have received ......................      $ _____ **0.00**

    Balance Due .....................................................................      $ _____ **0.00**

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__August 16, 2018__                                     /s/ Kent Salveson
*Date*                                                  **Kent Salveson 101311**
                                                        *Signature of Attorney*
                                                        **Kent Salveson**
                                                        **2549 East Bluff Drive; B-459**
                                                        **Newport Beach, CA 92660**
                                                        **949-291-7393**
                                                        **Kent1199@Gmail.com**
                                                        *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Kent Salveson 101311**
**2549 East Bluff Drive; B-459**
**Newport Beach, CA 92660**
**949-291-7393**
California State Bar Number: **101311 CA**
**Kent1199@Gmail.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

**Nasco Petroleum LLC**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **August 16, 2018**

**/s/ Marshal Diamond or Derek LaMarque**
Siganture of Debtor 1

Date:  _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **August 16, 2018**

**/s/ Kent Salveson**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                **F 1007-1.MAILING.LIST.VERIFICATION**

Nasco Petroleum LLC
9 MacArthur Place; #1901
Santa Ana, CA 92707


Kent Salveson
Kent Salveson
2549 East Bluff Drive; B-459
Newport Beach, CA 92660


A & E Welding Inc
3013 South Thomas Street
Visalia, CA 93292


A & G Compressor Parts Inc.
13671 Bora Drive
Santa Fe Springs, CA 90670


Accelerated Speical Services
19464 Creek Road
Bakersfield, CA 93314


Aguilar Testing Service
2525 Cerritos Ave.
Signal Hill, CA 90755


Ameripride Services Inc
10801 Wayzata Boulevard
Hopkins, MN 55305


Amit Yonay
251 Little Falls Drive
Wilmington, DE 19808

Baker Hughes
5421 Argosy Ave.
Huntington Beach, CA 92649


Bakersfield Pipe and Supply Inc
3301 Zachary Ave.
Shafter, CA 93263


Black GoldPump and Supply
2459 Lewis Avenue
Signal Hill, CA 90755


California Dept. of Conservation
801 K Street
MS 24-01
Division Oil and Gas
Sacramento, CA 92814


California Franchise Tax Board
Bankruptcy Division
PO Box 2952
Sacramento, CA 95812-2952


Cameron West Coast Inc
11210 Equity Drive
Houston, TX 77041


City of LA DOT
19136 Jacob Ave
Artesia, CA 90701


Delta Green Products
13714 Alma Ave.
Gardena, CA 90249

DTLA TD Energy  LLC
251 Little Falls Drive
Wilmington, DE


Fjords Processing Inc
7909 Parkwood Circle Drive
Houston, TX 77036


GE Oil and Gas
4424 West Sam Houston PKWY North
Houston, TX 77041


Heidi Moak
25431 Cabot Road; # 107
Laguna Hills, CA 92653


Howard Supply Comapny
5546 Milton ST STE 800
Dallas, TX 75206


Internal Revenue Service
Insolvency Resolution Center
PO Box 7346
Philadelphia, PA 19101-7346


Intrument Service Inc
9 MacArthur Blvd ;  #1901
Santa Ana, CA 92707


John Guzman Crane Services
2463 Gundry Ave.
Signal Hill, CA 90755

```
John M Phillips
2755 Dawson Ave
Long Beach, CA 90806


LA County Tax Collector
225 North Hill; Suite 1
Los Angeles, CA 90012


LA DWP
111 North Hope Street
Insolvency Dept
Los Angeles, CA 90012


LA DWP - Water
111 North Hope Street
Insolvency Dept.
Los Angeles, CA 90012


Los Angeles County Assessor
500 West Temple Street
Room 225
Insolvency Division
Los Angeles, CA 90012


MI Swaco
5950 North Course Drive
Houston, TX 77072


Mr. T Transport
15535 Garfield Ave
Paramount, CA 90723


Multi-Chem Group
114 US - 84
Fairfield, TX 75840
```

NASA
1100 South Maple Ave
Montebello, CA 90640


NASC
19000 Portola Drive STE 102
Salinas, CA 93908


Ocean Blue Environmental Services
925 West Esther Street
Long Beach, CA 90813


Orchard Exploration and Production
3585 Maple Street STE 284
Ventura, CA 93003-9145


PFT Alexander
3250 East Grant Street
Signal Hill, CA 90755


Quality Refrigeration Co
1570 North Wishon
Fresno, CA 93728


Ronen Twito
251 Little Falss Drive
Wilmington, DE


Ruth Cam
2030 East Fourth Street; Suite 218A
Santa Ana, CA 92705

SC Fuels
13922 Newport Ave
Tustin, CA 92780


So Cal Gas - Meter fee
738 South Harbor Blvd
Santa Ana, CA 92704


Square Millner, Peterson, Miranda
11111 Santa Monica Blvd; #800
Los Angeles, CA 90025


Strata Analysis Group
3302 Industry Drive
Signal Hill, CA 90755


Summit ESP
835 West 41st Street South
Tulsa, OK 74107


Taurus Engineering
1335 West Cowles Street
Long Beach, CA 90813


Terra Chem
26868 Henry Road
Fellows, CA 93224


TopNotch DTLA GP llc
251 Little Falls Drive
Wilmington, DE

```
TopNotch DTLA US LLC
251 Little Falls Drive
Wilmington, DE 19808


TopNotch DTLA US LLC
251 Little Falls Drive
Wilmihgton, DE


Udi Gilboa
251 Little Falls Drive
Wilmington, DE 19808


Udi Gilboa /  DTLA TD Energy llc
251 Little Falls Drive
Wilmington, DE 19808


Weatherford US
3435 Landco Drive
Bakersfield, CA 93308


Well Analysis Corp
5500 Woodmere Drive
Bakersfield, CA 93313


Western States Oilfield Products
11818 Western Ave.
Stanton, CA 90680
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Kent Salveson 101311**<br>**2549 East Bluff Drive; B-459**<br>**Newport Beach, CA 92660**<br>**949-291-7393**<br>California State Bar Number: **101311 CA**<br>Kent1199@Gmail.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **Nasco Petroleum LLC**<br><div align="right">Debtor(s),</div><br><br><div align="right">Plaintiff(s),</div><br><br><br><br><br><div align="right">Defendant(s).</div> | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Kent Salveson 101311_____, the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                     **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

  b.   ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **August 16, 2018** | By:  **/s/ Kent Salveson** |
| Date | Signature of Debtor, or attorney for Debtor |
| | |
| | Name:  **Kent Salveson 101311** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                           **F 1007-4.CORP.OWNERSHIP.STMT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| **Kent Salveson 101311**<br>**Kent Salveson**<br>**2549 East Bluff Drive; B-459**<br>**Newport Beach, CA 92660**<br>**949-291-7393**<br>**101311 CA**<br><br>**Kent1199@Gmail.com**<br>*Attorney for:* | CHAPTER: **11**<br>ADVERSARY NO.:<br>(if applicable) |

| In re:<br><br>    **Demar Energy LLC**<br><br>                          Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | |
|---|---|
| ✔ Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ✔ Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ✔ Other *(specify):* _____ | Date Filed: _____ |

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**August 15, 2018**
_____
Date:

_____
Signature (handwritten)of authorized signatory of Filing Party

**Marshal Diamond or Derek LaMarque**
_____
Printed name of authorized signatory of Filing Party

**Managing Members**
_____
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**August 15, 2018**
_____
Date:

**/s/ Kent Salveson**
_____
Signature (handwritten) of attorney for Filing Party

**Kent Salveson 101311**
_____
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                 **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**