1  GARRICK A. HOLLANDER – State Bar No. 166316
   ghollander@wcghlaw.com
2  **WINTHROP COUCHOT**
   **GOLUBOW HOLLANDER, LLP**
3  1301 Dove Street, Suite 500
   Newport Beach, CA 92660
4  Telephone: (949) 720-4100
5  Facsimile: (949) 720-4111

6  Counsel for plaintiffs DTLA TD Energy, LLC, TopNotch DTLA US, LLC,
7  ALKM Financial Services, LLC, Ehud Gilboa, and Ronen Twito

> FILED & ENTERED
>
> DEC 21 2018
>
> CLERK U.S. BANKRUPTCY COURT
> Central District of California
> BY deSmuts DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NASCO PETROLEUM, LLC,<br>    Debtor. | Case No. 8:18-bk-13004-TA<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO DISMISS CHAPTER 11 CASE OF NASCO PETROLEUM, LLC AND DISCHARGING CHAPTER 11 TRUSTEE WITH A RESERVATION OF JURISDICTION**<br><br>**HEARING DATE**<br>DATE:    December 20, 2018<br>TIME:    2:00 p.m.<br>PLACE:   Courtroom 5B<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

On December 20, 2018, at the hour of 2:00 p.m. a hearing was held on that certain Motion to Dismiss Chapter 11 Case of Nasco Petroleum, LLC and the Emergency Motion to Discharge Chapter 11 Trustee of Her Duties (collectively, the "Motions") filed by DTLA TD Energy, LLC and other parties (collectively, "DTLA"). Appearances were as reflected on the record.  The Court having reviewed the Motions, hearing arguments of counsel, incorporating the ruling made on the record, finding that notice of the Motions was sufficient and reasonable under the circumstances,

237217

1 | that this case was filed without proper authority, and lodging of the order is not required pursuant
2 | Bankruptcy Rule 9021-1(b)(4), hereby ORDERS as follows:

    A. The Motions are granted, in part, and the Chapter 11 trustee, Karen Sue Naylor (the "Trustee"), is discharged of her duties subject to the reservation of jurisdiction described below;

    B. The case is dismissed effective immediately, with the Court reserving jurisdiction to resolve and determine all issues of law or fact arising in or relating to the following:

        1. The final fee applications of the Trustee and her professionals, and all other issues relating to the discharge of the Trustee;

        2. Adversary No. 8:18-ap-01196-TA entitled <u>DTLA TD Energy, LLC v. DeMar Energy, LLC</u>; and

        3. Enforcing the relief granted in paragraph D below;

    C. An award of all fees and costs incurred and other damages sustained in this matter by DTLA, Nasco, and the Trustee against Derek Lamarque, Marshall Diamond-Goldberg, DeMar Energy, LLC and Kent Salveson and any other party, for filing this case without legal authorization; and

237217

D. All parties in possession of the property of Nasco Petroleum, LLC, including the books and records of the same, are ordered to turn over possession of such property, forthwith, to DTLA, subject to the following exception: The sum of two hundred and eight thousand dollars ($208,000) shall be held in trust by the Trustee or her counsel pending this Court's ruling on the final fee applications filed by the Trustee and her counsel of record.

###

Date: December 21, 2018

Theodor C. Albert
United States Bankruptcy Judge