| ☑ Recording requested by a return to:<br>Timothy Carl Aires, Esq. (138169)<br>AIRES LAW FIRM<br>6 Hughes, Suite 205<br>Irvine, California 92618<br>(949) 718-2020<br>(949) 718-2021 FAX | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>NASCO PETROLEUM.<br><br>DEMAR ENERGY LLC,<br><br>Debtors,<br>Debtors in Possession<br>Defendants. | CASE NUMBER   8:18-bk-13004-TA<br><br>ADVERSARY NUMBER<br><br>**ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address
   
   Derek LaMarque
   2549 East Bluff Dr B-459
   Newport Beach, CA 92660
   
   ☐ Address Unknown
   
   b. Driver's License No. _____ ☑ Unknown
   
   c. Social Security No. _____ ☑ Unknown

2. The Summons was personally served at, or mail to (address):
   
   2549 East Bluff Dr B-459, Newport Beach, CA 92660

3. ☑ Information regarding additional judgment debtors is shown on reverse side.

   Dated: 6/27/2019
   
   (Signature of Judgment Creditor or Attorney)
   Timothy Carl Aires, Esq.

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re          (SHORT TITLE)  NASCO PETROLEUM.                    Debtor(s). | CHAPTER ___11___  Case No. 8:18-bk-13004-TA |
|---|---|

4. I certify that in the above-entitled case and Court, Judgment was entered on May 28, 2019 in favor of DTLA TD Energy, LLC, TopNotch DTLA US, LLC, ALKM Financial Services, LLC, Ehud Gilboa and Ronen Twito and against Derek LaMarque, Marshall Diamond-Goldberg, and Kent Salveson, jointly and severally

for   $421,768.00 Principal
      $0.00 Interest
      $0.00 Attorney's Fees
      $0.00 Costs

A lien in favor of a judgment creditor is:

☑ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☑ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __5TH__ day of __July 2019__

KATHLEEN J. CAMPBELL
KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __TAMIKA LAW__
Deputy Clerk

[SEAL]

Information regarding additional judgment debtors:
SEE ATTACHMENT FOR ADDITIONAL JUDGMENT DEBTORS

_Revised February 2010_

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address

   Marshall Diamond-Goldberg
   2549 East Bluff Dr B-459
   Newport Beach, CA 92660

   ☐ Address Unknown

   b. Driver's License No. ☑ Unknown

   c. Social Security No. ☑ Unknown

2. The Summons was personally served at, or mail to (address):
   2549 East Bluff Dr B-459, Newport Beach, CA 92660

1. The Judgment Debtor's:

   a. Name and address

   Kent Salveson
   2549 East Bluff Dr B-459
   Newport Beach, CA 92660

   ☐ Address Unknown

   b. Driver's License No. ☑ Unknown

   c. Social Security No. ☑ Unknown

2. The Summons was personally served at, or mail to (address):
   2549 East Bluff Dr B-459, Newport Beach, CA 92660