1  Leonard M. Shulman – Bar No. 126349
   Ryan D. O'Dea – Bar No. 273478
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email:        lshulman@shbllp.com
5               rodea@shbllp.com

6  Attorneys for Kent Salveson

**FILED & ENTERED**

**OCT 04 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**NASCO PETROLEUM, LLC,**<br><br>**DEMAR ENERGY, LLC**<br><br>    Debtors and<br>    Debtors in Possession. | Case No.  8:18-bk-13004-TA<br>Jointly administered with Case No. 8:18-bk-13288-TA<br><br>Chapter 11<br><br>**ORDER GRANTING STIPULATION TO FURTHER CONTINUE HEARING ON (1) MOTION FOR ASSIGNMENT ORDER RE: RIGHTS TO PAYMENT OF MONEY DUE OR TO BECOME DUE [JUDGMENT DEBTOR KENT SALVESON] AND (2) MOTION FOR RELIEF FROM ORDER GRANTING AWARD OF SANCTIONS PURSUANT TO FRCP 60(B) AND RELATED DEADLINES**<br><br>**Current Hearing Date**:<br>Date:  October 9, 2019<br>Time:  10:00 A.M.<br>Place:  Courtroom 5B<br>        Ronald Reagan Federal Building<br>        and United States Courthouse<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

The Court having considered the Stipulation to Further Continue Hearing on (1) Motion for Assignment Order Re: Rights to Payment of Money Due or to Become Due [Judgment Debtor Kent Salveson] and (2) Motion for Relief from Order Granting Award of Sanctions Pursuant to FRCP 60(B) and Related Deadlines (the "Stipulation") filed with this Court on October 3, 2019 [Docket No. 220], entered into between Kent Salveson ("Salveson") on the one hand, and Plaintiff/Judgment Creditor DTLA TD Energy LLC, TopNotch DTLA US LLC, ALKM Financial Services LLC, Ehud Gilboa, and Ronen Twito (the "DTLA Parties"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is granted.

2. The hearing on the (1) Motion for Assignment Order Re: Rights to Payment of Money Due or to Become Due [Judgment Debtor Kent Salveson] and (2) Motion for Relief from Order Granting Award of Sanctions Pursuant to FRCP 60(B) presently scheduled for October 9, 2019, at 10:00 a.m., is hereby continued to November 13, 2019, at 10:00 a.m.

3. All related motion deadlines, and all other dates which require actions by the parties, are to be based on the new hearing date.

###

Date: October 4, 2019

Theodor C. Albert
United States Bankruptcy Judge