Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
6 Hughes, Suite 205
Irvine, California  92618
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Creditors,
DTLA TD ENERGY LLC, TOPNOTCH DTLA US LLC,
ALKM FINANCIAL SERVICES LLC,
EHUD GILBOA, and RONEN TWITO

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>　　NASCO PETROLEUM.<br><br>　　DEMAR ENERGY LLC,<br><br>　　　　Debtors,<br>　　　　Debtors in Possession<br>　　　　Defendants. | Case No. 8:18-bk-13004-TA<br><br>Chapter 11<br><br>NOTICE OF ATTORNEY'S<br>CHARGING LIEN<br><br>[C.C. §2881(1)] |

　　　　PLEASE TAKE NOTICE that Aires Law Firm claims an attorney's charging lien against the proceeds of any settlement of any cause of action of DTLA TD Energy LLC, TopNotch DTLA US LLC, ALKM Financial Services LLC, Ehud Gilboa, and Ronen Twito (the "DTLA Parties") that is the subject of this case and/or to rights to money or property under any judgment subsequently procured in this case in favor of the DTLA Parties for the reasonable value of the attorney's fees, costs and other expenses of litigation to which Aires

///
///
///
///
///

NOTICE OF ATTORNEY LIEN

1 | Law Firm is entitled for services rendered in conection with this case. (Civil Code §2881(1);

2 | Cetenko v. United California Bank (1982) 30 Cal.3d 528, 531-532; Fracasse v. Brent (1972)

3 | 6 Cal.3d 784, 792-793; Joseph E. Di Loreto, Inc. v. O'Neill (1991) 1 Cal.App.4th 149, 158.)

5 | DATED: October 17, 2019         AIRES LAW FIRM

7 | By: _____
      Timothy Carl Aires, Esq.
8 |   Attorneys for Creditors,
      DTLA TD ENERGY LLC, TOPNOTCH DTLA
9 |   US LLC, ALKM FINANCIAL SERVICES LLC,
      EHUD GILBOA, and RONEN TWITO

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6 HUGHES, STE 205, IRVINE, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF ATTORNEY'S
~~NOTICE OF ATTORNEY'S CHARGING LIEN~~
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __10/17/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2019 | TIMOTHY CARL AIRES, ESQ. | /s/ Timothy Carl Aires |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

Min Kyung Kim, Esq.
Wilson Elser Moskowitz Edelman & Dicker
555 S. Flower St, Ste 2900
Los Angeles, CA 90071

Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Derek LaMarque
c/o Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Kent Salveson
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Marshall Diamond-Goldberg
c/o Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Karen S Naylor, Trustee
4343 Von Karman Ave, Ste 300
Newport Beach, CA 92660-2098

Nanette D Sanders, Esq.
Ringstad & Sanders LLP
4343 Von Karman Ave, Ste 300
Newport Beach, CA 92660

United States Trustee
411 W Fourth St, Ste 7160
Santa Ana, CA 92701-4593

Garrick A. Hollander, Esq.
Winthrop Couchot Golubow Hollander LLP
1301 Dove St, Ste 500
Newport Beach, CA 92660

Chambers
Hon. Theodor C. Albert, Judge
411 W Fourth St, Ctrm 5B
Santa Ana, CA 92701