Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
6 Hughes, Suite 205
Irvine, California 92618
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Judgment Creditors,
DTLA TD ENERGY LLC, TOPNOTCH DTLA US LLC,
ALKM FINANCIAL SERVICES LLC,
EHUD GILBOA, and RONEN TWITO

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NASCO PETROLEUM.<br><br>DEMAR ENERGY LLC,<br><br>Debtors,<br>Debtors in Possession<br>Defendants. | Case No. 8:18-bk-13004-TA<br><br>Chapter 11<br><br>STIPULATION FOR ORDER TAKING THE FOLLOWING MATTERS OFF CALENDAR: (1) MOTION FOR ASSIGNMENT ORDER RE: RIGHTS TO PAYMENT OF MONEY DUE OR TO BECOME DUE [JUDGMENT DEBTOR KENT SALVESON]; (2) MOTION OF MOVANT KENT SALVESON FOR RELIEF FROM ORDER IMPOSED MONETARY SANCTIONS<br><br>DATE:    November 13, 2019<br>TIME:    10:00 a.m.<br>CTRM:    5B |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Judgment Creditors DTLA TD Energy LLC, TopNotch DTLA US LLC, ALKM Financial Services LLC, Ehud Gilboa, and Ronen Twito, on the one hand, and Defendant/Judgment Debtor Kent Salveson, on the other hand, that good cause and the interests of justice warrant that the following matters off calendar: (1) Motion for Assignment Order Re: Rights to Payment of

///

///

STIP RE: TAKING MATTERS OF CALENDAR

Money Due or to Become Due [Judgment Debtor Kent Salveson]; (2) Motion of Movant Kent Salveson for Relief from Order Imposed Monetary Sanctions.

DATED: November 12, 2019        AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorneys for:
DTLA TD ENERGY LLC, TOPNOTCH DTLA US LLC, ALKM FINANCIAL SERVICES LLC, EHUD GILBOA, and RONEN TWITO

DATED: November 12, 2019        SCHULMAN & BASTIAN LLP

By: _____
Ryan D. O'Dea, Esq.
Attorney for:
KENT SALVESON

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6 HUGHES, STE 205, IRVINE, CA 92618

A true and correct copy of the foregoing document entitled (*specify*): _____
STIPULATION FOR ORDER TAKING THE FOLLOWING MATTERS OFF CALENDAR: (1) MOTION FOR ASSIGNMENT ORDER
TO PAYMENT OF MONEY DUE OR TO BECOME DUE [JUDGMENT DEBTOR KENT SALVESON]; (2) MOTION OF MOVANT KENT SALVESON FOR
RELIEF FROM ORDER IMPOSED MONETARY SANCTIONS
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) __11/12/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/12/2019 | TIMOTHY CARL AIRES, ESQ. | /s/ Timothy Carl Aires |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                            **F 9013-3.1.PROOF.SERVICE**

## SERVICE LIST

Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Derek LaMarque
c/o Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Marshall Diamond-Goldberg
c/o Kent Salveson, Esq.
2549 East Bluff Dr B-459
Newport Beach, CA 92660

Ryan D. O'Dea, Esq.
Shulman Hodges & Bastian Llp
100 Spectrum Center Dr, Ste 600
Irvine, CA 92618

Garrick A. Hollander, Esq.
Winthrop Couchot Golubow Hollander LLP
1301 Dove St, Ste 500
Newport Beach, CA 92660

Chambers
Hon. Theodor C. Albert, Judge
411 W Fourth St, Ctrm 5B
Santa Ana, CA 92701