GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@wcghlaw.com
**WINTHROP COUCHOT**
**GOLUBOW HOLLANDER, LLP**
1301 Dove Street, Suite 500
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for plaintiffs DTLA TD Energy, LLC,
TopNotch DTLA US, LLC, ALKM Financial Services, LLC,
Ehud Gilboa, and Ronen Twito

FILED & ENTERED

NOV 14 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>NASCO PETROLEUM, LLC,<br><br>Debtor. | Case No. 8:18-bk-13004-TA<br><br>Jointly administered with Case No. 8:18-bk-13299-TA<br><br>Chapter 11 Proceedings<br><br>**ORDER AWARDING AND COMPELLING PAYMENT OF ATTORNEYS FEES AND EXPENSES**<br><br>DATE:    November 6, 2019<br>TIME:    10:00 a.m.<br>PLACE:   Courtroom 5B<br>         411 West Fourth Street<br>         Santa Ana, CA 92701 |

On November 6, 2019, at the hour of 10:00 a.m. a hearing was held on that certain *Notice of Motion and Motion for Order Awarding and Compelling Payment of Attorneys Fees and Expenses* (Docket. No. 222) (the "Motion"). Garrick A. Hollander, Esq. appeared on behalf of Nasco Petroleum, LLC, DTLA TD Energy, LLC, TopNotch DTLA US, LLC, ALKM Financial Services, LLC, Ehud Gilboa and Ronen Twito (the "DTLA Parties"). Kent Salveson appeared on his own behalf.

Order#133648#f4ca7f17-45c9-4e7b-bac9-436b8a10e8fe

The Court having reviewed and considered the Motion, the declaration in support thereof, and arguments made at the hearing, and for good and adequate cause, finding notice sufficient, hereby ORDERS and ADJUDGES as follows:

1. The Motion is granted;

2. The fees and expenses in the amount of $432,689.90 ("Fee Award") of Winthrop Couchot Golubow Hollander, LLP (the "Firm") are hereby approved;

3. Awarding jointly and severally against Nasco Petroleum, LLC ("Nasco") and the DTLA Parties damages in the amount of the Fee Award;

4. The Fee Award does not modify or limit the relief granted by this Court in the orders dismissing the Chapter 11 cases of Nasco and DeMar Energy, LLC;

5. The Firm is authorized to draw down on funds held in the Firm's trust account all amounts owing to the Firm, in the amount of $298,452.40; and

6. Awarding against Derek LaMarque and Marshall Diamond Goldberg damages in the amount of $263,910.30.[1]

###

Date: November 14, 2019

_Theodor C. Albert_
Theodor C. Albert
United States Bankruptcy Judge

---

[1] This damage award is in addition to the sanctions award ("Sanctions Award") pursuant to the Amended Order Awarding Sanctions Against Derek LaMarque, Marshall Diamond-Goldberg, and Kent Salveson [Docket No. 179], and represents additional fees and costs earned by the Firm, but not included in the Sanctions Award. The $263,910.30 is calculated as follows:

| | |
|---|---:|
| Total Fee Award | $432,689.90 |
| Less Firm fees included in Sanctions Award | (168,779.57) |
| | 263,910.30 |