Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
6 Hughes, Suite 205
Irvine, California  92618
(949) 718-2020
(949) 718-2021 FAX

Attorneys for:
DTLA TD ENERGY LLC, TOPNOTCH DTLA US LLC,
ALKM FINANCIAL SERVICES LLC,
EHUD GILBOA, and RONEN TWITO

**FILED & ENTERED**

**NOV 15 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>NASCO PETROLEUM.<br><br>DEMAR ENERGY LLC,<br><br>　　Debtors,<br>　　Debtors in Possession<br>　　Defendants. | Case No. 8:18-bk-13004-TA<br><br>Chapter 7<br><br>ORDER TAKING THE FOLLOWING MATTERS OFF CALENDAR: (1) MOTION FOR ASSIGNMENT ORDER RE: RIGHTS TO PAYMENT OF MONEY DUE OR TO BECOME DUE [JUDGMENT DEBTOR KENT SALVESON]; (2) MOTION OF MOVANT KENT SALVESON FOR RELIEF FROM ORDER IMPOSED MONETARY SANCTIONS<br><br>DATE:　　　11/13/2019<br>TIME:　　　10:00 AM<br>CTRM:　　　5B |

　　The Court having considered the stipulation of the parties [DN 232], now, therefor,

//

//

//

//

//

IT IS HEREBY ORDERED that the following matters are off calendar: (1) Motion for Assignment Order Re: Rights to Payment of Money Due or to Become Due [Judgment Debtor Kent Salveson]; (2) Motion of Movant Kent Salveson for Relief from Order Imposed Monetary Sanctions.

###

Date: November 15, 2019

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge