United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 18-13004-TA
Nasco Petroleum LLC                                                       Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8         User: sdanielsC         Page 1 of 2              Date Rcvd: Jan 21, 2020
                               Form ID: van191      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db            +Nasco Petroleum LLC,   9 MacArthur Place; #1901,   Santa Ana, CA 92707-6751

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
       Alastair M Gesmundo    on behalf of Interested Party    TopNotch DTLA US, LLC agesmundo@wcghlaw.com,
      jmartinez@wcghlaw.com
       Alastair M Gesmundo    on behalf of Interested Party Ronen   Twito agesmundo@wcghlaw.com,
      jmartinez@wcghlaw.com
       Alastair M Gesmundo    on behalf of Interested Party Ehud   Gilboa agesmundo@wcghlaw.com,
      jmartinez@wcghlaw.com
       Alastair M Gesmundo    on behalf of Interested Party    DTLA TD Energy, LLC agesmundo@wcghlaw.com,
      jmartinez@wcghlaw.com
       Alastair M Gesmundo    on behalf of Interested Party    ALKM Financial Services, LLC
      agesmundo@wcghlaw.com,   jmartinez@wcghlaw.com
       Garrick A Hollander    on behalf of Plaintiff    DTLA TD Energy, LLC ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Defendant Ehud   Gilboa ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Defendant    TopNotch DTLA US, LLC ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Interested Party Ronen   Twito ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Defendant    DTLA TD Energy, LLC ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Interested Party Ehud   Gilboa ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Interested Party    DTLA TD Energy, LLC
      ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Plaintiff    ALKM Financial Services, LLC
      ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Interested Party    ALKM Financial Services, LLC
      ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Debtor    Nasco Petroleum LLC ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Plaintiff Ronen   Twito ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Plaintiff Ehud   Gilboa ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Plaintiff    TopNotch DTLA US, LLC ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
       Garrick A Hollander    on behalf of Defendant Ronen   Twito ghollander@wghlawyers.com,
      pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com

```
District/off: 0973-8            User: sdanielsC             Page 2 of 2             Date Rcvd: Jan 21, 2020
                                Form ID: van191             Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Garrick A Hollander    on behalf of Defendant    ALKM Financial Services, LLC
               ghollander@wghlawyers.com,
               pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
              Garrick A Hollander    on behalf of Interested Party    Courtesy NEF ghollander@wghlawyers.com,
               pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
              Garrick A Hollander    on behalf of Interested Party    TopNotch DTLA US, LLC
               ghollander@wghlawyers.com,
               pj@wcghlaw.com;jmartinez@wghlawyers.com;Meir@virtualparalegalservices.com
              Jeffrey W Broker    on behalf of Mediator Jeffrey W. Broker jbroker@brokerlaw.biz
              Karen S Naylor (TR)    alane@ringstadlaw.com, knaylor@IQ7technology.com
              Karen S. Naylor    on behalf of Interested Party Karen Sue Naylor Becky@ringstadlaw.com,
               Karen@ringstadlaw.com;jaimee@ringstadlaw.com
              Kent   Salveson    on behalf of Defendant    Demar Energy, LLC kent@eexcel.com
              Kent   Salveson    on behalf of Plaintiff    Demar Energy LLC kent@eexcel.com
              Kent   Salveson    on behalf of Debtor    Nasco Petroleum LLC kent@eexcel.com
              Kent   Salveson    on behalf of Defendant Marshall   Diamond-Goldberg kent@eexcel.com
              Kent   Salveson    on behalf of Debtor    Demar Energy LLC kent@eexcel.com
              Kent   Salveson    on behalf of Respondent Kent   Salveson kent@eexcel.com
              Kent   Salveson    on behalf of Defendant Derek   LaMarque kent@eexcel.com
              Michael D Good    on behalf of Creditor    AC Pipe & Equipment Co. mgood@southbaylawfirm.com
              Min Kyung Kim    on behalf of Interested Party    ALKM Financial Services, LLC
               min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Min Kyung Kim    on behalf of Interested Party    Demar Energy, LLC min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Min Kyung Kim    on behalf of Interested Party    DTLA TD Energy, LLC min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Min Kyung Kim    on behalf of Interested Party Ehud   Gilboa min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Min Kyung Kim    on behalf of Interested Party Ronen   Twito min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Min Kyung Kim    on behalf of Debtor    Nasco Petroleum LLC min.kim@wilsonelser.com,
               hazelle.nunez@wilsonelser.com;nicole.aaronson@wilsonelser.com;sehreen.ladak@wilsonelser.com
              Mitchell E Rishe    on behalf of Interested Party    Department of Conservation, Division of Oil,
               Gas & Geothermal Resources mitchell.rishe@doj.ca.gov
              Nancy S Goldenberg    on behalf of U.S. Trustee    United States Trustee (SA)
               nancy.goldenberg@usdoj.gov
              Nanette D Sanders    on behalf of Trustee Karen S Naylor (TR) becky@ringstadlaw.com,
               arlene@ringstadlaw.com
              Nanette D Sanders    on behalf of Attorney    Ringstad & Sanders LLP becky@ringstadlaw.com,
               arlene@ringstadlaw.com
              Nanette D Sanders    on behalf of Interested Party    Courtesy NEF becky@ringstadlaw.com,
               arlene@ringstadlaw.com
              Nanette D Sanders    on behalf of Interested Party Karen S Naylor becky@ringstadlaw.com,
               arlene@ringstadlaw.com
              Queenie K Ng    on behalf of U.S. Trustee    United States Trustee (SA) queenie.k.ng@usdoj.gov
              Ryan D O'Dea    on behalf of Interested Party Kent   Salveson rodea@shulmanbastian.com,
               LGauthier@shulmanbastian.com
              Timothy C Aires    on behalf of Interested Party    DTLA TD Energy, LLC tca@arlawyers.com,
               gperez@arlawyers.com
              Timothy C Aires    on behalf of Interested Party Ronen   Twito tca@arlawyers.com,
               gperez@arlawyers.com
              Timothy C Aires    on behalf of Interested Party    ALKM Financial Services, LLC tca@arlawyers.com,
               gperez@arlawyers.com
              Timothy C Aires    on behalf of Interested Party Ehud   Gilboa tca@arlawyers.com,
               gperez@arlawyers.com
              Timothy C Aires    on behalf of Creditor    Judgment Creditors tca@arlawyers.com,
               gperez@arlawyers.com
              Timothy C Aires    on behalf of Interested Party    TopNotch DTLA US, LLC tca@arlawyers.com,
               gperez@arlawyers.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 54
```

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** | |
| In re: <br> Nasco Petroleum LLC | CHAPTER NO.: 11 |
| | CASE NO.: 8:18–bk–13004–TA |

# NOTICE OF COURT COSTS DUE

**To: Kent Salveson, Attorney for Debtor**

Please take notice that court costs have been incurred by the Bankruptcy Court during the administration of the above CHAPTER ELEVEN (11) case. Court costs must be paid prior to the confirmation of the plan.

COURT COSTS DUE:

|   |   |
|---:|---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 350.00 |
| Conversion $ | |
| Cross–Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **350.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy of this notice must be enclosed with your payment.

**United States Bankruptcy Court**
**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

For the Court                                                                                       **KATHLEEN J. CAMPBELL, CLERK OF COURT**
Dated: January 21, 2020

                                                                                                    **By: Sally Daniels**
                                                                                                       **Deputy Clerk**

(Form rev. 10/2010) npcc–VAN191                                                                                            **244 / DAN**